UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:19-cv-61112-WJZ

CARLY BITTLINGMEYER,
individually and on behalf of all
others similarly situated,

    Plaintiff,

v.

CORAL SPRINGS FAMILY
DENTISTRY AT AMERICARE PA,

    Defendant.

_____/

## DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant, CORAL SPRINGS FAMILY DENTISTRY AT AMERICARE PA ("Defendant"), hereby files this Unopposed Motion for Extension of Time to Respond to Plaintiff, CARLY BITTLINGMEYER's Complaint and in support states as follows:

1. Defendant was served with the Complaint on May 8, 2019 and the response to the Complaint is currently due May 29, 2019.

2. Defense counsel was recently retained and therefore additional time is needed by Defendant's counsel to fully and accurately investigate the facts of this case prior to responding to the Complaint.

3. Defendant requests that this Court provide the Defendant with an extension of time up to and including June 12, 2019 (14 day extension), to file a response to the Complaint.

4. The requested extension will not greatly impede the preparation of this case, nor will it substantially prejudice the rights of any of the parties to this action.

**WHEREFORE,** Defendant, CORAL SPRINGS FAMILY DENTISTRY AT AMERICARE PA, respectfully requests that this Honorable Court enter an Order granting Defendant's Unopposed Motion for Extension of Time to Respond to the Complaint extending the time in which the Defendant has to respond to the Complaint to June 12, 2019, while also granting any such other further relief the Court deems just and appropriate under the circumstances.

## CERTIFICATE OF GOOD FAITH

Defendant hereby certifies that movant has conferred with Plaintiff's counsel regarding the matters set forth in this Motion. Plaintiff's counsel has no objection to the relief sought herein.

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel of parties who are not authorized to receive electronically Notices of Electronic Filing.

COLE, SCOTT & KISSANE, P.A.
Attorneys for Defendant
Esperante Building
222 Lakeview Ave., Suite 120
West Palm Beach, Florida 33401
Telephone: (561) 383-9200
Facsimile: (561) 683-8977

By:  */s/ Justin C. Sorel*
     JUSTIN C. SOREL
     FBN: 0016256

**SERVICE LIST**
Jibrael S. Hindi, Esq.
The Law Office of Jibrael S. Hindi, PLLC
110 SE 6th St.
Ft. Lauderdale, FL 33301
Telephone: (954) 907-1136
Fax: (855) 529-9540
jibrael@jibraellaw.com