UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:19-cv-61112-WJZ

CARLY BITTLINGMEYER,
individually and on behalf of all
others similarly situated,

    Plaintiff,

v.

CORAL SPRINGS FAMILY
DENTISTRY AT AMERICARE PA,

    Defendant.

_____/

**ORDER ON DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

    THIS CAUSE having come before the Court on Defendant's Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint and the Court being fully advised in the premises, it is:

    ORDERED AND ADJUDGED that said Motion be, and the same is hereby GRANTED. Defendant's response to Plaintiff's Complaint shall be filed on or before Wednesday, June 12, 2019.

    DONE AND ORDERED in Chambers at Ft. Lauderdale, Florida, this ____ day of _____, 2019.

                                           _____
                                           WILLIAM J. ZLOCH
                                           United States District Judge

Copies Furnished to:
Justin C. Sorel, Esq., Cole, Scott & Kissane, P.A., Esperante Building, 222 Lakeview Ave., Suite 120, West Palm Beach, Florida 33401

CASE NO.: 0:19-cv-61112-WJZ

Jibrael S. Hindi, Esq., The Law Office of Jibrael S. Hindi, PLLC, 110 SE 6th St., Ft. Lauderdale, FL 33301