UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 19-61112-CIV-MORENO**

CARLY BITTLINGMEYER, individually and
on behalf of all others similarly situated,

       Plaintiff,

vs.

CORAL SPRINGS FAMILY DENTISTRY
AT AMERICARE PA,

       Defendant.
_____/

**FINAL ORDER OF DISMISSAL AND
<u>ORDER DENYING ALL PENDING MOTIONS AS MOOT</u>**

THIS CAUSE came before the Court upon Plaintiff's Notice of Pending Settlement **(D.E. 13)**, filed on **<u>September 10, 2019</u>**. It is

**ADJUDGED** that because "the parties have reached a settlement with regard to this case," this action is **DISMISSED** in accordance with the settlement agreement. The Court shall retain jurisdiction for six months to enforce the terms of the settlement agreement. It is also

**ADJUDGED** that all pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Miami, Florida, this ____ of September 2019.

                                 _____
                                 FEDERICO A. MORENO
                                 UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record